**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00196-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GUSTAVO MONTEROSO-VALASQUEZ,
      a/k/a Luis Angel Echevarri Gomez,

      Defendant.

---

**ORDER**

---

Pursuant to and in accordance with the sentencing hearing held before the

Honorable Robert E. Blackburn, United States District Judge, on May 27, 2014,

**IT IS ORDERED** that Defendant Gustavo Monteroso-Valasquez is sentenced to

**time served**.

Dated:  May 27, 2014

BY THE COURT:


s/ Robert E. Blackburn
ROBERT E. BLACKBURN,
UNITED STATES DISTRICT JUDGE